IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEON WALTER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-11-0908-HE |
| ) | |
| JOSEPH TAYLOR, ) | |
| ) | |
| Respondents. ) | |

## ORDER

Plaintiff Leon Walter, a state prisoner appearing *pro se,* filed this § 1983 action and sought leave to proceed *in forma pauperis*. Consistent with 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Bana Roberts, who has recommended that plaintiff's request to proceed *in forma pauperis* be denied and the action be dismissed without prejudice unless plaintiff pays the full filing fee of $350.00.

Plaintiff failed to object to the magistrate judge's Report and Recommendation and thereby waived his right to appellate review of the issue it addressed. <u>United States v. One Parcel of Real Property</u>, 73 F.3d 1057, 1059-60 (10th Cir. 1996).  *See* 28 U.S.C. § 636(b)(1)(C).  Accordingly, the court adopts Magistrate Judge Robert's Report and Recommendation and **DENIES** plaintiff's motion to proceed *in forma pauperis* [Doc. #2]. Plaintiff is **GRANTED twenty (20) days** within which to pay the $350.00 filing fee. If the fee is not paid, the action will be dismissed without prejudice to refiling.

**IT IS SO ORDERED**.

Dated this 17th day of October, 2011.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE